FILED IN CLERK'S OFFICE
U.S.D.C.- Newnan

AUG 18 2005

LUTHER D. THOMAS, Clerk
By: [signature]
Deputy Clerk

AO 243 (Rev. 2/95)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Northern District of Georgia |
|---|---|
| Name of Movant: Tyrone Smith | Prisoner No. 52983-??? / Case No. 3:00-CR-00027-JTC |
| Place of Confinement: Federal Correctional Institution, Edgefield | |

Stamped: 3:05-CV-079-JTC

UNITED STATES OF AMERICA   v.   Tyrone Smith
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack: **United States District Court, for the Northern District of Georgia**

2. Date of judgment of conviction: **October 4, 2000**

3. Length of sentence: **Three Hundred Months (300)**

4. Nature of offense involved (all counts): **One Count of Conspiracy to distribute Five (5) kilograms of Cocaine and 50 grams of Cocaine Base.**

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☑   No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☑   No ☐

(2)

AO 243  (Rev. 2/95)

9. If you did appeal, answer the following:

   (a) Name of court  _Eleventh Circuit_

   (b) Result  _Affirmed_

   (c) Date of result  _September 16, 2003_

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?
    Yes ☒   No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court  _Eleventh Circuit_

        (2) Nature of proceeding  _Rehearing In Banc_

        (3) Grounds raised  _Same Ground Raised on Direct Review in First Appeal._

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐   No ☒

        (5) Result  _Denied_

        (6) Date of result  _September 9, 2004_

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court  _N/A_

        (2) Name of proceeding  _N/A_

        (3) Grounds raised  _N/A_

(3)

AO 243  (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(5) Result _____N/A_____

(6) Date of result _____N/A_____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.   Yes ☐   No ☐   Certiorari was not
(2) Second petition, etc.   Yes ☐   No ☐   filed.

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

Certiorari was not timely sought by Appellate Counsel in case at bar.

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(4)

AO 243    (Rev. 2/95)

 (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
 (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
 (e) Conviction obtained by a violation of the privilege against self-incrimination.
 (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
 (g) Conviction obtained by a violation of the protection against double jeopardy.
 (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
 (i) Denial of effective assistance of counsel.
 (j) Denial of right of appeal.

A. Ground one: _See attached Memorandum of law._

Supporting FACTS (state *briefly* without citing cases or law): _Same_

B. Ground two: _See attached Memorandum of law._

Supporting FACTS (state *briefly* without citing cases or law): _Same._

C. Ground three: _See attached Memorandum of law._

Supporting FACTS (state *briefly* without citing cases or law): _Same._

(5)

AO 243    (Rev. 2/95)

D. Ground four: <u>See attached memorandum of law.</u>

Supporting FACTS (state *briefly* without citing cases or law):
<u>Same.</u>

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:
<u>Both trial and Appellate counsel representation constructively denied Petitioner the opportunity to present the ground set forth in this memorandum of law.</u>

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing ~~[redacted]~~ <u>No preliminary hearing</u>

(b) At arraignment and plea <u>Bruce Harvey, Esq.</u>

(c) At trial <u>Dwight Thomas, Esq.</u>

(d) At sentencing <u>Same</u>

(6)

AO 243  (Rev. 2/95)

    (e) On appeal __Bernard S. Brody, Esq., The Grant Bldg. Suite # 205, 44 Broad Street N.W. Atl. GA.__

    (f) In any post-conviction proceeding __N/A__

    (g) On appeal from any adverse ruling in a post-conviction proceeding __N/A__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐   No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐   No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: __N/A__

    (b) Give date and length of the above sentence: __N/A__

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐   No ☐   __N/A__

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__8-16-05__
Date

__Tyrone Smith__   Pro-se
Signature of Movant

(7)